**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| IN RE:<br><br>ANAWERA BEGUM<br><br>　　Debtor | Case No. 18-12489-KHK<br>Chapter 7<br><br>Motion No. |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2004-8 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2004-8<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019<br><br>　　Movant<br>v.<br><br>ANAWERA BEGUM<br>3132 Bayswater Court<br>Fairfax, VA 22031<br><br>and<br><br>JANET M. MEIBURGER<br>CHAPTER 7 TRUSTEE<br><br>　　Respondents | |

## **ORDER GRANTING RELIEF FROM STAY**

　　Upon consideration of the motion of Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust 2004-8 Mortgage Loan Pass-Through Certificates, Series 2004-8 to modify the automatic stay; it is
　　ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a) is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 3132 Bayswater Court, Fairfax, VA 22031, and is more particularly described as follows:
　　Lot 53, Section 2, Villa D'Este Village, as the same appears duly dedicated, platted and recorded in Deed Book 4926, at Page 821, among the Land Records of Fairfax County, Virginia.

Which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Done at Alexandria-Eastern, Virginia, this _____.

Oct 24 2018

/s/ Brian F. Kenney
United States Bankruptcy Judge

Entered on docket: October 24, 2018

I ask for this:
/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.
Attorney for Movant

Copy to:

Mark D. Meyer, Esq.
Nathan A. Fisher, Esq.
Janet M. Meiburger

Copy Mailed to:
ANAWERA BEGUM

    The undersigned certifies that the foregoing Order Granting Relief from Automatic Stay is identical to the form order required by Administrative Order 10-2 and that no modification, addition, or deletion has been made.

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

Local Rule 9022-1 (C) Certification

    The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 18-12489-KHK
Anawera Begum                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9    User: douglasse    Page 1 of 1    Date Rcvd: Oct 24, 2018
                Form ID: pdford1    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db          +Anawera Begum,    3132 Bayswater Court,    Fairfax, VA 22031-1696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
        Erik W. Fox    on behalf of Creditor    THE VILLA D'ESTE VILLAGE HOMEOWNERS ASSOCIATION, INC.
     efox@reesbroome.com,
     jchalashtori@reesbroome.com;mfarrish@reesbroome.com;AFrazier@reesbroome.com;jtyler@reesbroome.com;rhurley@reesbroome.com
        Francis Laryea    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
     HarborView Mortgage Loan Trust 2004-8 Mortgage Loan Pass-Through Certificates, Series 2004-8
     flaryea@rascrane.com
        Janet M. Meiburger    trustee@meiburgerlaw.com, VA41@ecfcbis.com
        John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
        Mark David Meyer    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
     HarborView Mortgage Loan Trust 2004-8 Mortgage Loan Pass-Through Certificates, Series 2004-8
     bk@rosenberg-assoc.com
        Nathan A. Fisher    on behalf of Debtor Anawera  Begum Fbarsad@cs.com, barsad@aol.com
        Robyn Danielle Pepin    on behalf of Creditor    Navy Federal Credit Union rpepin@glasserlaw.com,
     pjmecf@glasserlaw.com
                                                                                                                                            TOTAL: 7